**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>        v.<br><br>Colt Government Pistol CAL:45 SN:SCGA5964;<br>Smith & Wesson 686 Revolver CAL:357 SN:DMV6333;<br>Smith & Wesson 327 Revolver CAL:357 SN:SWT1716;<br>Henry Repeating Rifle Company H006M Big Boy Rifle CAL:357 SN:BB0028142M;<br>Glock Inc. Unknown Type Receiver/Frame CAL:Unknown SN:GKX284;<br>Glock Inc. Unknown Type Receiver/Frame CAL:Unknown SN:BGCZ005;<br>Glock Inc. Unknown Type Receiver/Frame CAL:Unknown SN:BGCZ066;<br>Ruger 10/22 Rifle CAL:22 SN:0015-69115;<br>Ruger 10/22 Rifle CAL:22 SN:829-86210;<br>Arsenal Co. Bulgaria SLR-107R Rifle CAL:762 SN:AE602439;<br>Arsenal Co. Bulgaria SAM7SF Rifle CAL:762 SN:XM532032;<br>Benelli, S. PA M4 Shotgun CAL:12 SN:Y113310P19; and<br>Mossberg 590 Shotgun CAL:12 SN:V0599900,<br><br>        Defendants. | 3:21-CV-164-LRH-CLB<br><br>**Order for Summonses and Warrants of Arrest in Rem for the Property and Notice** |

A Complaint for Forfeiture in Rem arising from a federal statute has been filed by the United States of America pursuant to Supplemental Rule for Admiralty or Maritime Claims and Asset Forfeiture Actions (Fed. R. Civ. P. Supp. Rule) G. The Court, having

reviewed the Complaint, has found probable cause and that the United States has possession of the defendant property; therefore, the clerk shall issue Summonses and Warrants of Arrest in Rem for the Property, pursuant to Fed. R. Civ. P. Supp. Rule G(3)(b).

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Summonses and Warrants of Arrest in Rem for the Property issue against each of the following:

1. Colt Government Pistol CAL:45 SN:SCGA5964;
2. Smith & Wesson 686 Revolver CAL:357 SN:DMV6333;
3. Smith & Wesson 327 Revolver CAL:357 SN:SWT1716;
4. Henry Repeating Rifle Company H006M Big Boy Rifle CAL:357 SN:BB0028142M;
5. Glock Inc. Unknown Type Receiver/Frame CAL:Unknown SN:GKX284;
6. Glock Inc. Unknown Type Receiver/Frame CAL:Unknown SN:BGCZ005;
7. Glock Inc. Unknown Type Receiver/Frame CAL:Unknown SN:BGCZ066;
8. Ruger 10/22 Rifle CAL:22 SN:0015-69115;
9. Ruger 10/22 Rifle CAL:22 SN:829-86210;
10. Arsenal Co. Bulgaria SLR-107R Rifle CAL:762 SN:AE602439;
11. Arsenal Co. Bulgaria SAM7SF Rifle CAL:762 SN:XM532032;
12. Benelli, S. PA M4 Shotgun CAL:12 SN:Y113310P19; and
13. Mossberg 590 Shotgun CAL:12 SN:V0599900,

(all of which constitutes property);

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States seize, arrest, attach, take into custody, and retain the property;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that notice of the action and the arrest be given by the United States on the United States' official internet forfeiture site, www.forfeiture.gov, for at least 30 consecutive days pursuant to Fed. R. Civ. P. Supp. Rule G(4)(a)(iv) which is reasonably calculated to notify potential claimants of this action;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that a copy of the Complaint for Forfeiture In Rem, this Order, the Summonses and Warrants of Arrest in Rem for the Property, and the Notice of Complaint for Forfeiture and Arrest be personally served or sent by certified mail, return receipt requested, and regular mail to any person who reasonably appears to be a potential claimant on facts known to the United States before the end of the 60 day publication period which is reasonably calculated to notify potential claimants of this action;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the United States shall file proof of publication and service with the Clerk of this Court;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that a person or an entity who asserts an interest in the defendant property must, pursuant to Fed. R. Civ. P. Supp. Rule G(5), file a verified claim, setting forth the person's or its interest in the property, that (a) identifies the specific property claimed, (b) identifies the claimant and states the claimant's interest in the property, and (c) is signed by the claimant under penalty of perjury pursuant to 28 U.S.C. § 1746;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person or entity must file the verified claim with the Clerk of the above-entitled Court no later than 35 days after the notice is sent or, if direct notice was not sent, no later than 60 days after the first day of publication on the official internet government forfeiture site, www.forfeiture.gov;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person or entity must file an answer to the Complaint for Forfeiture in Rem or a motion under Rule 12 with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, 3rd Floor, Reno, Nevada 89501, no later than 21 days after filing the verified claim;

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the person or entity must serve a copy of the verified claim and the answer at the time of each filing on

/ / /

James A. Blum, Assistant United States Attorney, 501 Las Vegas Boulevard South, Suite 1100, Las Vegas, Nevada 89101.

Failure to file a verified claim and an answer within the prescribed times shall result in a judgment of forfeiture by default.

DATED this 7th day of May, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE